IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| LATRENA WALKER, Individually and on behalf of all others similarly situated | | PLAINTIFF |
| v. | CASE NO. 4:18-cv-04094 | |
| STEPHEN P. LAMB, Law Offices; MIDLAND FUNDING, LLC; and JOHN DOE 1-25 | | DEFENDANTS |

## ORDER

Before the Court is Plaintiff's Consent Motion for Stay of All Pretrial Deadlines Pending the Court's Ruling on Defendants' Motions to Dismiss. ECF No. 24. In the instant motion, Plaintiff moves for a stay of all pretrial deadlines pending the Court's ruling on two separate motions: Separate Defendant Stephen P. Lambs' Motion to Dismiss and Separate Defendant Midland Funding, LLC's Motion to Dismiss. ECF Nos. 11, 14. Plaintiff states that she has conferred with Separate Defendants and that they consent to the requested relief. Upon consideration, the Court finds that the instant motion should be and hereby is **GRANTED**. However, the Court finds that instead of simply staying all pretrial deadlines, the more appropriate action would be to lift all deadlines, continue the trial date, and issue a new scheduling order if needed. Accordingly, all pretrial deadlines are hereby **LIFTED** and the trial of this matter is hereby **CONTINUED** until further notice. If necessary, the Court will issue a new scheduling order after it has ruled on Separate Defendants' individual Motions to Dismiss.

**IT IS SO ORDERED**, this 4th day of October, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge